clude all allowances for incidental expenses, etc., is not before the court. Judgment affirmed, with costs.

DU BOIS et al., Respondents, v. ZIMMERMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Charles B. Du Bois and another against John J. Zimmerman and another.

PER CURIAM. Judgment modified, by reducing the judgment in favor of each plaintiff by the sum of $9.89, and, as thus modified, affirmed, without costs. See 74 N. Y. Supp. 1125.

DURBROW, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by William Durbrow against the Manhattan Railway Company. A. O. Townsend, for appellant. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

In re DWYER. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of Keron F. Dwyer for admission to the bar. No opinion. Application granted.

EARLEY v. KEEGAN et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Cornelius J. Earley against Bridget Keegan, as administratrix, and another. No opinion. Motion denied.

In re EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) In the matter of the application of the Edison Electric Illuminating Company of Brooklyn for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Smallwood, 63 App. Div. 329, 71 N. Y. Supp. 499.

EIDMAN et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Albert Eidman and another against the Manhattan Railway Company. S. Smith, for appellant. W. G. Peckham, for respondents.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $5,000, and, as modified, affirmed, without costs to either party.

ELINSKY, Respondent, v. STUYVESANT INS. CO., Appellant. (City Court of New York, General Term. January, 1902.) Action by Meyer Elinsky against the Stuyvesant Insurance Company of the city of New York. Maxwell Hall Elliott, for appellant. Alexander Rosenthal, for respondent. No opinion. Judgment affirmed, with costs.

ENGELKING, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Henry Engelking against the Third Avenue Railroad Company. J. T. Little, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

ENRIGHT, Respondent, v. AMERICAN BELGIAN LAMP CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by John Enright against the American Belgian Lamp Company. No opinion. Judgment and order affirmed, with costs. See 49 N. Y. Supp. 739, and 55 N. Y. Supp. 397.

ERIE R. CO. v. STEWARD et al. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by the Erie Railroad Company against Mary Anna Steward and others. No opinion. Motion granted, and Hon. Cornelius L. Waring appointed referee.

In re EYANSON. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) In the matter of the application of Francis E. Eyanson for admission to the bar. No opinion. Application granted.

FITZGERALD v. ATLANTA HOME INS. CO. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by Mary Fitzgerald against the Atlanta Home Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs. See 70 N. Y. Supp. 552.

FITZGERALD, Respondent, v. JOHN H. SCHULTS CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Michael H. Fitzgerald against the John H. Schults Company. No opinion. Judgment and order unanimously affirmed, with costs.

FLEMING, Appellant, v. CITY REAL ESTATE CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Henrietta Isabelle Fleming against the City Real Estate Company and Haulsey Trenchard. No opinion. Judgment affirmed, with costs.

FLETCHER et al., v. McKEON et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Austin B. Fletcher and another against John McKeon and another. No opinion. Motion denied, with $10 costs.

FORESTPORT LUMBER CO., Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7,

1902.) Action by the Forestport Lumber Company against the state of New York.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion in Denton v. State (decided this term) 76 N. Y. Supp. 167.

FURSMAN, J., concurs in result.

FOSTER, Appellant, v. VILLAGE OF SOUTH GLENS FALLS, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Francis A. Foster against the village of South Glens Falls. No opinion. Judgment (72 N. Y. Supp. 125) unanimously affirmed, with costs.

FRAGNER, Respondent, v. WALTHER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Isaac Fragner against Wilhelmine Walther. No opinion. Judgment of the municipal court affirmed, with costs.

FRANSIOLI v. GOIN. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Augustus C. Fransioli against Jeannette P. Goin. No opinion. Motion denied.

FREEBORN, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Sarah A. Freeborn against the New York Elevated Railway Company. F. S. Williams, for appellant. C. H. Strong, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damage to $1,500, and by reducing the judgment for rental damage, interest, costs, allowances, etc., as entered, to the sum of $2,339.86, and, as modified, affirmed, without costs to either party.

FREEMAN, Respondent, v. OBERNIER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Frank Freeman against Frank Obernier. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

FRENCH, Appellant, v. BEERS, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Allen T. French against Matthew H. Beers. J. H. Warner, for appellant. J. H. Corwin, for respondent. No opinion. Judgment affirmed, with costs.

FREY v. TORREY. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Louis J. Frey against David M. Torrey. No opinion. Motion to go to court of appeals granted. Questions to be certified on settlement of order.

FRIEDMAN, Respondent, v. HERTER et al., Appellants. (Supreme Court, Appellate Term. March, 1902.) Action by Robert Friedman against Peter J. Herter and others. J.

F. Coffin, for appellants. A. S. Shapiro, for respondent. No opinion. Judgment affirmed, with costs.

FROST, Respondent, v. FROST, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Lillie E. Frost against Clarence H. Frost. No opinion. Order affirmed, with $10 costs and disbursements.

FROTHINGHAM et al., Appellants, v. WOLFF, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Thomas G. Frothingham and another against David Wolff. No opinion. Order affirmed, with $10 costs and disbursements.

GALLAGHER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by James J. Gallagher, Jr., against the state of New York.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion in Denton v. State (decided this term) 76 N. Y. Supp. 167.

FURSMAN, J., concurs in result.

GILHAM, Respondent, v. BLOOMFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by George L. Gilham against Charles A. Bloomfield. No opinion. Judgment and order affirmed, with costs.

GILLESPIE v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by James J. Gillespie against the United Traction Company.

PER CURIAM. Judgment against the plaintiff, and in favor of the defendant, for costs, on opinion in Wilson v. Traction Co. (decided this term) 76 N. Y. Supp. 203.

GOLDMARK, Respondent, v. MAGNOLIA ANTI-FRICTION METAL CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Adolf Goldmark against the Magnolia Anti-Friction Metal Company. A. S. Bacon, for appellant. No opinion. Judgment affirmed, with costs. See 51 N. Y. Supp. 68, 52 N. Y. Supp. 446, 53 N. Y. Supp. 340, and 60 N. Y. Supp. 425.

GOLDNER, Appellant, v. HORWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Samuel Goldner against Julius Horwitz. No opinion. Order affirmed, with $10 costs and disbursements.

GORDON, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by John Gordon against the city of Niagara Falls. No opinion. Judgment and order affirmed, with costs.